**GARMIN INTERNATIONAL, INC.,**
**Garmin USA, Inc., Garmin**
**Corporation, Appellants**

v.

**INTERNATIONAL TRADE**
**COMMISSION,**
**Appellee**

Navico Inc., Navico Holding
AS, Intervenors

2016-2584

United States Court of Appeals,
Federal Circuit.

Decided: June 13, 2017

NICHOLAS P. GROOMBRIDGE, Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY, argued for appellants. Also represented by JENNIFER H. WU, JENNIFER DIANE CIELUCH; DAVID J. BALL, JR., DAVID K. STARK, Washington, DC.

MEGAN MICHELE VALENTINE, Office of General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, argued for intervenors. Also represented by MATTHEW S. STEVENS, CHRISTOPHER CHARLES ZIEGLER.

Before Prost, Chief Judge, Dyk, and Reyna, Circuit Judges.

Reyna, Circuit Judge.

In one of three appeals from a Section 337 investigation, Garmin International, Inc., Garmin USA, Inc., and Garmin Corporation (collectively, "Garmin") appeal from a Modified Limited Exclusion Order ("Modified Order") of the United States International Trade Commission ("Commission") prohibiting entry into the United States of products and components of products infringing various claims of U.S. Patent No. 8,305,840 ("'840 patent") and U.S. Patent No. 8,605,550 ("'550 patent").

Our decision today in a related case, *Garmin International, Inc. v. Internation-*al Trade Commission, No. 16-1572, reverses the Commission's finding of validity and finds all of the patent claims referenced by the Modified Order invalid as obvious over the prior art. Because we have already reversed the Commission's underlying decision, we *dismiss* this appeal as moot.

## DISMISSED

COSTS

No costs.